**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Tommy E. JONES, Defendant–Appellant.**

**No. 10–3320.**

United States Court of Appeals, Seventh Circuit.

Submitted Jan. 13, 2011.

Decided Jan. 24, 2011.

David E. Bindi, Attorney, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Tommy E. Jones, Herlong, CA, pro se.

Before WILLIAM J. BAUER, Circuit Judge, ILANA DIAMOND ROVNER, Circuit Judge, DIANE S. SYKES, Circuit Judge.

## ORDER

This appeal is meritless. It is remanded to the district court with instructions to dismiss for want of jurisdiction.